UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-215 |
| VERSUS | SECTION "H" (2) |
| BRANDIE ROWE | |

### RE-NOTICE OF SENTENCING
### (From 2/26/25)

Take notice that this criminal proceeding is RESET for SENTENCING on **MARCH 12, 2025, at 9:30 AM**, before District Judge Jane Triche Milazzo, in person, in the United States Courthouse, 500 Poydras, Courtroom C-224, New Orleans, Louisiana, 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: February 11, 2025

TO:

✓ **Brandie Rowe (In Custody)**

Counsel for Defendant:
Michael A. Kennedy
mkennedy504@gmail.com

CAROL L. MICHEL, CLERK
by:    Sherry Adams, Case Manager

✓ AUSA:
Lynn E. Schiffman
lynn.schiffman@usdoj.gov

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓    JUDGE MILAZZO

MAGISTRATE JUDGE

FOREIGN LANGUAGE INTERPRETER:
  None

Roberto Murillo, Special Agent, DEA
**If you change address, notify clerk of court**
**by phone, (504) 589-7695**